```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:12-CR-00058-GGH
                                 )
12          Plaintiff,            )   Order of Dismissal
                                 )
13      v.                       )
                                 )
14  MARIO SALAS,                 )   DATE: March 19, 2012
                                 )   TIME: 9:00 a.m.
15          Defendant.           )   JUDGE: Gregory G. Hollows
    _____)
16
17       It is hereby Ordered that the plaintiff United States of
18  America's Motion to Dismiss the above captioned matter is
19  GRANTED.  The trial confirmation set for March 19, 2012 and the
20  jury trial set for April 2, 2012 are hereby VACATED.
21       IT IS SO ORDERED.
22
23  Dated: March 14, 2012
24                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE
25
26
27
28
```